

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00546-CR
### NO. 02-13-00547-CR

REGINALD A. SMITH                                                                    APPELLANT

V.

THE STATE OF TEXAS                                                                        STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1320006D, 1321174D

------------

## ORDER

------------

We have received appellant's request for access to the record. Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and numbered causes. Appellant's attorney has also filed a brief in support of that motion. Appellant, after having been notified of this fact, now requests that appellant be permitted to examine the record for the purpose of preparing a pro se response to the *Anders* brief.

The trial court clerk is **ORDERED** to make the record available to appellant by **August 27, 2014**. The trial court clerk shall also provide written notification to

the court of appeals by **Wednesday, August 27, 2014,** that the record has been made available to appellant.

The clerk of the court is directed to transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, and the court reporter.

DATED August 13, 2014.

PER CURIAM